## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| STANLEY JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 1:24-CV-00171-NCC |
| | ) |
| BILL STANGE, | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Stanley Johnson's Motion for Extension of Time. (ECF No. 4). On October 10, 2024, the Court ordered petitioner to show cause in writing within 30 days why the Court should not dismiss this action as time barred. (ECF No. 3). Due to his placement in administrative segregation, petitioner now seeks additional time to comply with the Court's order. The Court will grant the motion and give petitioner an additional 30 days to show cause in writing why the Court should not dismiss this action as time barred.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's Motion for Extension of Time (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall show cause in writing, **no later than thirty (30) days from the date of this order**, why this action should not be dismissed as time barred. Petitioner's failure to comply with this order may result in the dismissal of this case without prejudice and without further notice to petitioner.

Dated this 6th day of December 2024.

                                                                  /s/ Noelle C. Collins
                                                                  NOELLE C. COLLINS
                                                                  UNITED STATES MAGISTRATE JUDGE